1 | REGINALD TERRELL, ESQ.
THE TERRELL LAW GROUP
2 | Post Office Box 13315, PMB #148
Oakland, California 94661
3 | Telephone: (510) 237-9700
Facsimile: (510) 237-4616
4 | Email: Reggie1@aol.com

5 | SYDNEY J. HALL, ESQ.
LAW OFFICE OF SYDNEY JAY HALL
6 | 1308 Bayshore Highway, #220
Burlingame, California 94010
7 | Telephone: (650) 342-1830
Facsimile: (650) 342-6344

Attorneys for Plaintiffs

REBEKAH KAUFMAN (CA SBN 213222)
RKaufman@mofo.com
ROBERT PETRAGLIA (CA SBN 264849)
RPetraglia@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Tel: 415.268.7000
Fax: 415.268.7522

Attorneys for Defendant
YAHOO! INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALIMA NOBLES, on behalf of herself and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YAHOO! INC., a Delaware Corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.   13-CV-4989 RS<br> ORDER<br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

1  Pursuant to Northern District Local Rule 6-2, Plaintiff Halima Nobles and Defendant
2  Yahoo! Inc. ("Yahoo") through their respective attorneys hereby stipulate as follows:
3  WHEREAS Defendant Yahoo received notice of Plaintiff's lawsuit on October 25, 2013,
4  and agreed to waive service on October 28, 2013.  (Kaufman Decl. ¶ 2.)
5  WHEREAS all parties agree that an extension of time for Yahoo to respond to the
6  complaint will permit Yahoo to fully investigate Plaintiff's claims, and allow the parties to meet
7  and confer regarding the substantive matters at issue in this case.  (Kaufman Decl. ¶ 3.)
8  IT IS HEREBY AGREED, by and between attorneys of record for the undersigned
9  parties, that Yahoo shall file its response to Plaintiff's complaint on or before March 7, 2014.
10 Plaintiff shall have until April 4, 2014, to oppose any motion brought by Yahoo under Rule 12 of
11 the Federal Rules of Civil Procedure.  Yahoo shall have until April 25, 2014, to reply to any such
12 opposition.

13 Dated: December 12, 2013        REGINALD TERRELL, ESQ
                                  THE TERRELL LAW GROUP
14
                                  By: s/ Reginald Terrell
15                                    Attorneys for Plaintiff
16

17 Dated: December 12, 2013        REBEKAH KAUFMAN
                                  ROBERT PETRAGLIA
18                                MORRISON & FOERSTER  LLP
19
                                  By: s/ Rebekah Kaufman
20                                    Attorneys for Defendant
                                       YAHOO! INC.
21

22
**IT IS SO ORDERED**
23
   Dated:  12/16/13                _____
24                                 United States District Court Judge
25

STIP. TO EXTEND TIME TO RESPOND TO COMPLAINT
13-CV-4989 RS

ATTESTATION

I, Rebekah Kaufman, am the ECF User whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that Reginald Terrell has concurred in this filing.

Dated:  December 12, 2013         /s/ Rebekah Kaufman
                                  REBEKAH KAUFMAN